Clerk of the
U.S. District Court

FILED
MAY -2 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

4/28/2023

3:23-cv-357

    I, Kenneth Sharpe II, am asking the District Courts to review a possible case of Medical Malpractice against Pulaski County Jail and Quality Correctional Care.

    On March 8th 2023, I surrendered myself to Pulaski County Jail on 4 warrants. On March 10th, 2023, I met with Nurse Kathy from Quality Correctional Care for a medical exam before I was moved from holding to population. At which time I had advised her that I had the gastric sleeve operation on March 9th 2022. Also advised her at the time I was prescribed a series of vitamins by my personal physician that my wife would be dropping off.

    Rewind back before my surgery, I was a full blown diabetic, but since surgery I was no longer on any diabetic medication. Once moved to the cell blocks, on Saturday March 11th, 2023 at

approximently 8:30 A.M., a correctional officer called me to the hall for "Med Pass." The hall was dark and not expecting to have anything but my vitamins, I took the meds.

After taking the medicine the guard gave me, I started feeling very shaky and if my sugars were crashing. At the evening "med pass," I asked the guard what they were trying to give me. I was informed Nurse Kathy prescribed me 1000mg of Metformin and 5mg of glipizide both for diabetes and 50mg of sertraline, an antidepressant. To my surprise I knew this was wrong. Refusing to take these meds at this point the guards kept forcing me to sign a "Medicine refusal" for not taking medicine my doctor or any doctor at this point had prescribed me.

I started putting in Medical requests at this point on Saturday night 3/11/23. On Wednesday, 3/15/2023,

I finally saw Nurse LeAnn. She went over the meds I was given and she even told me that Nurse Kathy went to my pharmacy records from Wal-Mart dating back to 2021 and felt the need to give me those meds. Upon which Nurse LeAnn stated and I quote " I don't know what the hell she was thinking."

The faculty and staff here fail to check my sugar levels as needed and fail to give me an adequate diet for nutrition for the gastric sleeve diet. I'm supposed to have a diet of Protein and vegetables. The diet is designed by my dietician Dr Alex from Blossom Bariatrics out of Las Vegas where my procedure was performed.

Thank you for your time and consideration. I look forward to your response.

Respectfully,
Kenneth Tharpe II
Kenneth Tharpe II
Pulaski County Jail
Inmate #52969