# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KENNETH THARPE, II

      Plaintiff

  v.

                                  Civil Action No.  3:23-cv-357

KATHY, Nurse

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty.

DATE: 8/10/2023                                CHANDA J. BERTA, CLERK OF COURT

                                                          by   s/ M. Murray_____
                                                          *Signature of Clerk or Deputy Clerk*